_____

**SO ORDERED,**



*[Signature]*

**Judge Selene D. Maddox**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.
_____

**IN THE UNITED STATES BANKRUPTCY COURT**

**Northern District of Mississippi**

IN THE MATTER OF:　　　　　　　　　　　　　　　　　　　　　　　CASE NO.: 25-10102-SDM
**RODNEY  WOODALL**

### ORDER UPON DEBTOR DIRECTING PAYMENTS TO TRUSTEE

**IT APPEARING TO THE COURT** that there is now pending a certain Chapter 13 Proceeding in which the above-named **DEBTOR** subjected his earnings to the jurisdiction of the Court; the **DEBTOR's** principal income is from wages, salary, or commissions; and that the **DEBTOR** is **paying personally** and is subject to such orders as may be requisite to effectuate the provisions of the plan proposed by the **DEBTOR.**

**IT IS FURTHER APPEARING THAT** it is requisite to effectuate the provisions of the **DEBTOR's** plan; that the **DEBTOR** is directed to pay a portion of the **DEBTOR's** earnings to the Court for distribution to creditors.

**IT IS ORDERED THAT** until further notice of this Court, the above-named **DEBTOR** is required to pay from the **DEBTOR's** earnings and pay over to:

| **PAYMENTS ONLY** | **ALL OTHER CORRESPONDENCE** |
|---|---|
| Todd S. Johns | Todd S. Johns |
| Standing Chapter 13 Trustee | Standing Chapter 13 Trustee |
| P. O. BOX 1985 | P. O. BOX 1326 |
| MEMPHIS, TN 38101-1985 | BRANDON, MS 39043-1326 |

the sum of   $232.00   MONTHLY  .

　　　　　　　　　　　　　　　　　　　　　　　　　　　**DATED AT  Aberdeen, MS** on **01/29/2025**

MAYFIELD LAW FIRM P.A.　　　　　　　　　　　　　SUBMITTTED BY;
CATHERINE UMBERGER　　　　　　　　　　　　　　/s/ Todd S. Johns, Standing Chapter 13 Trustee
P O BOX 9　　　　　　　　　　　　　　　　　　　　　MSB# 9587
TUPELO, MS 38802-0009　　　　　　　　　　　　　P. O. Box 1326, BRANDON, MS 390431326
　　　　　　　　　　　　　　　　　　　　　　　　　　601-825-7633; trustee.johns@ch13mstrustee.com

RODNEY  WOODALL

104 LAURELBROOK DR
SALTILLO, MS 38866